## HOLLY BLINKOFF ET AL. *v.* O AND G INDUSTRIES, INC.

The named plaintiff's petition for certification for appeal from the Appellate Court, 113 Conn. App. 1 (AC 28506), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Holly Blinkoff*, pro se, in support of the petition.

Decided April 21, 2009

## ABDUL MUKHTAAR *v.* COMMISSIONER OF CORRECTION

The petitioner Abdul Mukhtaar's petition for certification for appeal from the Appellate Court, 113 Conn. App. 114 (AC 29469), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Christopher M. Neary*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided April 21, 2009